UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA MAISANO and GINO MAISANO,

       Plaintiffs,                             USDC Case No. 12-CV-15086
v.                                                  Hon. Mark A. Goldsmith
THE COCA-COLA COMPANY, a foreign
corporation, BOTTLING GROUP, LLC
d/b/a PEPSI BEVERAGES COMPANY,
 a foreign corporation, and WAL-MART STORES, INC.,
d/b/a WAL-MART TAYLOR #2912, a foreign
corporation, jointly and severally,
       Defendants.
_____/

| | |
|---|---|
| Robert Gittleman P14025 | Constantine N. Kallas P28532 |
| Robert Gittleman Law Firm PLC | **kallas & henk pc** |
| Attorney for Plaintiffs | Attorney for Defendant Bottling Group LLC |
| 31731 Northwestern Hwy., Ste. 101E | 43902 Woodward Ave., Ste. 200 |
| Farmington Hills MI 48334 | Bloomfield Hills MI 48302 |
| (248) 737-3600 | (248) 335-5450 ext. 201 |
| r.gittleman@yahoo.com | dkallas@kallashenk.com |
| | |
| David B. Timmis P40539 | Nicole M. Wright P63513 |
| Vandeveer Garzia | Nahan J. Fink P75185 |
| Attorney for Defendant Coca-Cola | Zausmer Kaufman August & Caldwell PC |
| 1450 West Long Lake Rd., Ste. 100 | Attorney for Defendant Wal-Mart |
| Troy MI 48098 | 31700 Middlebelt Rd., Ste. 150 |
| (248) 312-2800 | Farmington Hills MI 48334 |
| dtimmis@VGpcLAW.com | (248) 851-4111 |
| | nwright@zkac.com |
| | nfink@zkac.com |

_____/

**PROTECTIVE ORDER**

       This matter having come on to be heard on the Motion for Protective Order of Defendant Bottling Group, LLC DBA Pepsi Beverages Company pursuant to the FRCP 26 (c) (1), the Court having held argument on June 27, 2013 and being otherwise fully informed:

       **IT IS HEREBY ORDERED** that the Motion is granted and Bottling Group, LLC is not required to produce surveillance videos, surveillance photographs or surveillance reports until the deposition examination of Plaintiff Linda Maisano has been taken by Defendants;

       **IT IS FURTHER ORDERED** that immediately following the examination of Plaintiff Linda Maisano by Defendants, counsel for Bottling Group, LLC will produce the surveillance related materials;

**IT IS FURTHER ORDERED** that the deposition of Plaintiff Linda Maisano shall remain open until such time as Plaintiff and Plaintiff's counsel have the opportunity to review the surveillance related materials and continue the deposition if necessary and if not, then the deposition may be concluded thereafter.

This order does not authorize the filing of any documents under seal. Documents may be sealed only if authorized by statute, rule, or order of the Court. A party seeking to file under seal any paper or other matter in this case shall file and serve a motion that sets forth (I) the authority for sealing; (ii) an identification and description of each item proposed for sealing; (iii) the reason that sealing each item is necessary; (iv) the reason that means other than sealing are not available or unsatisfactory to preserve the interest advanced by the movant in support of sealing; (v) a memorandum of legal authority supporting sealing. See E.D. Mich LR 5.3. A party shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

Whenever a motion to seal is filed, the movant shall submit a proposed order which states the particular reason the seal is required. The proposed order shall be submitted to the undersigned district judge or to the magistrate judge to whom the matter is referred, via the link located under the "Utilities" section of CM/ECF. If a motion to seal is granted, the documents to be filed under seal shall be filed electronically by the movant with an appropriate designation that the documents are to be held under seal.

**IT IS SO ORDERED**.

Dated: July 2, 2013   s/Mark A. Goldsmith
  Flint, Michigan   MARK A. GOLDSMITH
  United States District Judge

**CERTIFICATE OF SERVICE**

 The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 2, 2013.

            s/Deborah J. Goltz
            DEBORAH J. GOLTZ
            Case Manager